# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 8:11MJ275 (D. Nebr.) |
| | ) | CR 03-16-BLG-JDS (D. Mont.) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GRADY EWING MAYS,** | ) | |
| | ) | Magistrate Judge Thalken |
| Defendant. | ) | |

## RULE 32.1  ORDER

A Request for Warrant and Modification of the Conditions or Term of Supervision having been filed in the district court for the District of Montana requesting a warrant be issued and a hearing be held to modify the conditions of supervision and the defendant having been arrested in the District of Nebraska after failing to appear on September 21, 2011, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.32.1. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.32.1. Additionally, defendant

(X)	Waived an identity hearing and admitted that he was the person named in the aforementioned charging document.

(X)	Requested a preliminary examination be held in the charging district.

(X)	The government moved for detention.

(X)	Knowingly and voluntarily waived a detention hearing in this district and reserved the right to a detention hearing in the charging district.

Accordingly, it is ordered that the defendant is held to answer in the charging district.

(X)	Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above-named defendant and to transport the defendant with a certified copy of this order forthwith to the charging district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.32.1 having been completed.

IT IS SO ORDERED.

DATED in Omaha, Nebraska this 16th day of December, 2011.

s/ Thomas D. Thalken
U.S. Magistrate Judge